**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | | |
|---|---|---|
| **AUDIENCEVIEW TICKETING CORPORATION** | : | |
| **Plaintiff,** | : | **1:26-cv-6328 (ALC)** |
| **-against-** | : | **ORDER** |
| **PICKLEVILLE PLAYHOUSE, INC.** | : | |
| **Defendants.** | : | |

---------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's answer is over due. Defendant is ORDERED to respond by October 2, 2026 or else risks default judgment being entered.

**SO ORDERED.**

**Dated:** September 25, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**